POWELL v. DUKE UNIVERSITY

No. 66.

Case below: 18 N.C. App. 736.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 October 1973. Motion of defendants to dismiss appeal allowed 2 October 1973.

RANDOLPH v. SCHUYLER

No. 128 PC.

Case below: 18 N.C. App. 393.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 2 October 1973.

SHANAHAN v. INSURANCE CO.

No. 22 PC.

Case below: 19 N.C. App. 143.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 October 1973.

SINK v. EASTER

No. 24 PC.

Case below: 19 N. C. App. 151.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 2 October 1973.

STATE v. GRANT

No. 11 PC.

Case below: 18 N.C. App. 722.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 October 1973.